AMY K. VAN ZANT (State Bar No. 197426)
avanzant@orrick.com
JASON K. YU (State Bar No. 274215)
jasonyu@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:  650-614-7400
Facsimile:  650-614-7401

KATE JUVINALL (STATE BAR NO. 315659)
kjuvinall@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA  90071
Telephone:  +1 213 629 2020
Facsimile:  +1 213 612 2499

Attorneys for Plaintiff
TALKDESK, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDREW PHAM, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>TALKDESK, INC., a Delaware corporation,<br><br>    Defendant.<br><br>TALKDESK, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW PHAM, an individual,<br><br>    Defendant. | Case Nos. 2:22-cv-05325-MCS-JPR;<br>             2:22-cv-05961-MCS-JPR<br><br>**DEFENDANT TALKDESK, INC.'S NOTICE OF MOTION AND MOTION FOR MONETARY SANCTIONS PURSUANT TO DKT. 126**<br><br>Date:    September 11, 2023<br>Time:   9:00 a.m.<br>Ctrm:   7C<br>Judge:  Honorable Mark C. Scarsi |

4150-3535-7256

TALKDESK'S NOTICE OF MOTION FOR
MONETARY SANCTIONS
2:22-CV-05325-MCS-JPR

ORRICK, HERRINGTON &
SUTCLIFFE LLP

PLEASE TAKE NOTICE THAT on September 11, 2023 at 9:00 AM before the Honorable Mark C. Scarsi, located at the First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, California, 90012, Defendant Talkdesk, Inc. ("Talkdesk") shall and hereby does move for (1) monetary sanctions against Andrew Pham ("Pham") and his counsel of record, SML Avvocati and Stephen Lobbin (collectively, "Lobbin") in *Andrew Pham v. Talkdesk, Inc.*, Case No. 2:22-cv-05325 for Talkdesk's fees and costs in defending against several of Pham's motions containing material misrepresentations to the Court.  The Memorandum of Points and Authorities and supporting evidence filed herewith is intended to substantiate Talkdesk's reasonable fees and costs incurred as a result of defending against Pham's and Lobbin's sanctioned behavior and is filed in accordance with the Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi and this Court's Order Granting Talkdesk's Motion for Sanctions (Dkt. 126).

This Court found that Pham and Lobbin have repeatedly made knowing, material misrepresentations and unjustified legal arguments denying Pham's title and legal responsibilities as Talkdesk's former in-house attorney.  This Court ordered terminating sanctions for Pham's affirmative case against Talkdesk and invited this Motion to justify monetary sanctions based on the attorneys' fees Talkdesk incurred defending against this improper and sanctionable conduct.

Talkdesk accordingly seeks monetary sanctions in the amount of attorneys' fees it incurred in defending Mr. Pham's fraudulent litigation which constitutes at least $1,855,620 in fees.

Talkdesk has also presented detailed records demonstrating the amounts specifically incurred from the following briefing and related hearing preparation:

1. Motion to Dismiss Pham's Original Complaint (Dkt. 15)
2. Motion to Dismiss Pham's First Amended Complaint (Dkt. 26)
3. Motion to Dismiss Pham's Second Amended Complaint (Dkt. 48)

4. Supplemental Briefing for Motion to Dismiss Pham's Second Amended Complaint (Dkt. 75)

5. Opposition to Pham's Ex Parte App to Strike Talkdesk's Rule 11 Motion (Dkt. 90)

6. Rule 11 Motion for Sanctions (Dkt. 105)

The records submitted with this motion demonstrate that Talkdesk reasonably incurred $752,500.40 taking on these specific tasks.

Although this Court terminated Pham's case as a sanction, the majority of Pham's claims were already dismissed and the only remaining claim would have been dismissed too had Pham and Lobbin not relied on demonstrably and knowingly false statements.  Accordingly, the termination of Pham's case—which had no merit to start with—is not an adequate remedy to deter Lobbin, Pham, or others from similar conduct and it leaves Talkdesk significantly harmed by the legal fees it had to incur in order to defend claims that should never have been filed in the first place.

This Motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities; the Declaration of David Middler, Declaration of Amy Van Zant, and the exhibits attached thereto; the pleadings and other records of the Court's file; materials of which this Court may take judicial notice; and other such written and oral argument as may be presented to the Court.

Dated:  July 25, 2023　　　　　　　ORRICK, HERRINGTON & SUTCLIFFE LLP


By:   /s/ Amy K. Van Zant
Amy K. Van Zant
Attorneys for Defendant
TALKDESK, INC.