1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  ANDREW PHAM, an individual,        Case No. 2:22-cv-05325-MCS-JPR

11              Plaintiff,             **JUDGMENT**

12

13       v.

14  TALKDESK, INC., a Delaware

15  corporation,

16              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1

1    In accordance with the Court's Order imposing terminating sanctions with
2  prejudice, it is hereby ordered, adjudged, and decreed that judgment is entered on all
3  claims in favor of Defendant Talkdesk, Inc. as to Plaintiff Andrew Pham's claims.
4  Plaintiff's claims are dismissed with prejudice.
5    Plaintiff shall take nothing from his action against Defendant.
6
7  **IT IS SO ORDERED.**
8
9   Dated: September 29, 2023
10
                                        _____
                                        MARK C. SCARSI
                                        UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2